**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 3:93-cr-00091-HDM-VPC |
| Plaintiff, ) | | |
| vs. ) | | ORDER |
| CARLOS RIOS-HERNANDEZ, ) | | |
| Defendant. ) | | |

Defendant Carlos Rios-Hernandez ("defendant") has filed a motion for early release pursuant to 18 U.S.C. § 3624 (#226). Defendant bases his request on the "Federal Prison Bureau Nonviolent Offender Relief Act of 2013" introduced by Representative Jackson Lee. As of this date, the bill – H.R. 62 – has not been enacted into law. Accordingly, the defendant's motion for early release (#226) is **DENIED**.

**IT IS SO ORDERED.**

DATED: This 19th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE